# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2019

158015

JAMES FARRIS, Next Friend of
KEAGAN FARRIS,
          Plaintiff-Appellant,

v

ELIZABETH ELLEN McKAIG, Personal
Representative of the Estate of JOHN H.
McKAIG, II,
          Defendant-Appellee.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158015
COA: 337366
Antrim CC: 2016-009053-NM

On order of the Court, the application for leave to appeal the May 17, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2019

a0611

Clerk